IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY FYFFE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-0301 |
| | § | |
| BUMBO LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SERVE BUMBO LTD.

The plaintiffs' Motion for Enlargement of Time to Serve Bumbo Ltd. is granted. The September 16, 2009 Memorandum and Order (Docket No. 14) is amended. The plaintiffs must file proof of service on the defendant, Bumbo Ltd., by **October 30, 2010**.

SIGNED on October 7, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge