IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEY FYFFE, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| V. | § CIVIL ACTION NO. H-09-0301 |
| | § |
| BUMBO LTD., | § |
| | § |
| Defendant. | § |

**ORDER GRANTING SUBSTITUTED SERVICE AND
FOR ENLARGEMENT OF TIME TO SERVE BUMBO PTY LTD.**

The plaintiffs' Motion for Substituted Service and for Enlargement of Time to Serve Bumbo Pty Ltd. is granted. It is ordered that the plaintiffs may serve Bumbo Pty Ltd. By mailing a copy of a summons along with the plaintiff's Second Amended Complaint to Bumbo Pty Ltd., via certified mail, return receipt requested, at the following address:

> 212 Hardie Muller Street
> Post Office Box 3081, Rosslyn 0200
> Gauteng, South Africa

The plaintiffs have 90 days from the date of this order to effect and file proof of service on Bumbo Pty Ltd. in this manner. The deadline is **January 31, 2011**.

SIGNED on October 29, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge